UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| THE VINEYARD HOUSE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>NAPA VINEYARD HOUSE, INC.,<br><br>Defendant. | Case No. 17-cv-00512-YGR<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER** |
|---|---|

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, October 2, 2017 at 2:00 p.m. |
| REFERRED TO ADR FOR MEDIATION TO BE COMPLETED BY: | August 7, 2017 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | Only with Court Approval |
| NON-EXPERT DISCOVERY CUTOFF: | October 20, 2017 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: September 22, 2017<br>Rebuttal: October 6, 2017 |
| EXPERT DISCOVERY CUTOFF: | October 20, 2017 |
| DISPOSITIVE MOTIONS[1] / DAUBERT MOTIONS TO BE HEARD BY:<br><br>File Motions 11/21/17. Oppositions filed 12/8/17. Reply filed 12/13/17 | January 16, 2018 at 2:00 p.m. |
| COMPLIANCE HEARING (*SEE* PAGE 2) | Friday, March 9, 2018 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | March 16, 2018 |
| PRETRIAL CONFERENCE: | Friday, March 30, 2018 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, April 16, 2018 at 8:30 a.m. for 5 days (Jury Trial) |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer at least twenty-one (21) days in advance of the Pretrial Conference. The compliance hearing on Friday, March 9, 2018 at 9:01 a.m. is intended to confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith. The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: May 9, 2017

YVONNE GONZALEZ ROGERS
United States District Court Judge